In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00050-CR
_____

LEEJAY EMANUEL CHARGOIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 12-14299

MEMORANDUM OPINION

Leejay Emanuel Chargois has filed a motion to dismiss his appeal. Chargois's motion shows that the trial court granted Chargois's motion for new trial while the court retained plenary power over the case. *See* Tex. R. App. P. 21.8(a). No reply has been filed. The Court lacks jurisdiction over the appeal, because the trial court granted a new trial. *See* Tex. R. App. P. 21.9(b) ("Granting a new trial restores the case to its position before the former trial, including, at any

1

party's option, arraignment or pretrial proceedings initiated by that party.").

Accordingly, the appeal is dismissed.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered April 24, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.